```
_____ FILED            _____ RECEIVED
_____ ENTERED          _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

            OCT 07 2020

        CLERK US DISTRICT COURT
          DISTRICT OF NEVADA
BY:_____ DEPUTY
```

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

| | |
|---|---|
| United States of America<br>v. | )<br>)  Case No.   2:20-mj-0877-VCF |
| FIDENCIO FARIAS GARIBO | )<br>)  Charging District:   District of North Dakota |
| *Defendant* | )  Charging District's Case No.  1:20-cr-029-DMT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: United States District Court<br>220 East Rosser Avenue #476<br>Bismark. ND 58502-1193 | Courtroom No.:  TBD |
|---|---|
| | Date and Time:  TBD |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:    October 7, 2020

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*